**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Select Comfort Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Frank Grillo d/b/a Affordable Mattress Direct,<br><br>Defendant. | **Court File No. 02-260 JRT/FLN**<br><br>**CONSENT JUDGMENT AND ORDER** |

Plaintiff Select Comfort Corporation ("Select Comfort"), and Defendant Frank Grillo d/b/a Affordable Mattress Direct ("Affordable Mattress Direct"), having acknowledged and stipulated as set forth below, and good cause appearing therefor, judgment in this matter is entered as follows:

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1332 and 1338.

2. Plaintiff Select Comfort is the owner of U.S. Trademark Registration Nos. 1,581,562 registered February 6, 1990; 1,590,557 registered April 10, 1990; 1,976,214 registered March 13, 1995; and 1,976,517 registered May 28, 1996, for the inherently distinctive mark SELECT COMFORT. These registrations are presently valid and enforceable, and Select Comfort's ownership and exclusive right to use the SELECT COMFORT mark are incontestable in accordance with 15 U.S.C. § 1065.

3. Defendant markets and sells air beds through the Internet at the website <affordablemattress.com>. In doing so, Defendant competes directly with Select Comfort. Defendant has used meta tags on his website incorporating the SELECT COMFORT mark.

FILED APR 2 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

TC2: 572114 v01 02/19/2002

Select Comfort did not authorize or license Defendant to use the SELECT COMFORT mark. Such use constitutes infringement of the SELECT COMFORT mark and unfair competition in violation of 15 U.S.C. § 1114 and 15 U.S.C. § 1125.

4. In addition to Defendant's unauthorized use of the SELECT COMFORT mark, Defendant has made statements regarding its own air bed products and those of Select Comfort on the <affordablemattress.com> website that are in conflict with requirements of the Lanham Act, 15 U.S.C. § 1125. Specifically, Defendant has made the following claims: (1) "Affordable Mattress can provide . . . the highest quality, and the longest warranty." (2) "clinical research confirms that these revolutionary new sleep systems can actually improve your quality of sleep and even relieve back pain." and (3) Select Comfort Ultra Traditional Top mattress coverings are made of polyester and lack interconnecting foam rails.

5. Affordable Mattress Direct, its officers, agents, servants, employees, including Grillo, and all those in active concert of participation with Defendant or who have notice of this Consent Judgment are permanently restrained and enjoined from directly, contributorily, or from inducing the following:

a. using the SELECT COMFORT name or mark, or any other similar name, term or mark, either alone or in combination with other words or symbols, for any purpose whatsoever, except for legitimate and substantiated comparative advertising.

b. using the term "Select Comfort" or any other variant terms or phrases that use or incorporate portions of the term "Select Comfort" as metatags on any website, as product titles for Internet auctions, or as paid key words for Internet search engines (to generate premium hit listings or otherwise).

c. otherwise infringing the SELECT COMFORT marks.

d. using the advertising claims referenced in para. 4 above, or similar unsubstantiated or misleading claims.

6. Defendant will pay Select Comfort the amount of $5,000.00, representing Select Comfort's losses related to Defendant's use of unauthorized meta tags and improper advertising. Defendant shall make a complete payment as soon as possible and no later than August 31, 2002. Defendant shall make an initial payment of $1,000 no later than April 1, 2002, followed by monthly payments of $1,000 in May 2002, June 2002, July 2002, and August 2002 to satisfy its payment obligation. Payment shall be made to be received by Select Comfort's counsel on the 15th day of each said month.

7. This Court shall retain jurisdiction of this action for the purpose of enforcing this Consent Judgment and Order.

8. Each party shall bear its own costs and attorneys fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated 4/23, 2002

[signature]
The Honorable John R. Tunheim
United States District Judge

ACKNOWLEDGED AND STIPULATED BY THE PARTIES

Dated 4-17-02, 2002

Plaintiff, Select Comfort Corporation

By: [signature] Mark Kimball
Its: Senior Vice President

Dated 4-1, 2002

Defendant, Frank Grillo d/b/a Affordable Mattress Direct

By: [signature] Frank Grillo
Its: ______________



TC2: 572114 v01 02/19/2002
TC2: 572114 v02 03/26/2002